No. 79–1009. ALEMAN ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEWART would grant certiorari.

No. 79–5013. LITTLE v. UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE STEWART would grant certiorari.

No. 79–5571. ANTONE v. UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE STEWART would grant certiorari.

No. 79–5902. GISPERT v. UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE STEWART would grant certiorari.

No. 79–930. CALIFORNIA v. DALTON. Sup. Ct. Cal. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 79–1015. LOMBARD, SHERIFF v. TAYLOR. C. A. 2d Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 79–5920. DIX v. GEORGIA; and
No. 79–5994. COLLIER v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.